## Phyllis Darrough

| | |
|---|---|
| **From:** | Madeline Trainor |
| **Sent:** | Wednesday, April 03, 2013 1:05 PM |
| **To:** | Phyllis Darrough |
| **Subject:** | FW: U.S. Bankruptcy Court, Eastern District of Virginia - Undeliverable Notice, In re: Joseph Brian Alexander, Case Number: 13-11480, BFK, Ref: [p-52401389] |
| **Attachments:** | B_P91311480B9A0024.PDF |

Madeline A. Trainor, Esquire
CYRON & MILLER LLP
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314
703-299-0600
703-299-0603 (Fax)

**FILED**

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Wednesday, April 03, 2013 12:50 PM
**To:** Madeline Trainor
**Subject:** U.S. Bankruptcy Court, Eastern District of Virginia - Undeliverable Notice, In re: Joseph Brian Alexander, Case Number: 13-11480, BFK, Ref: [p-52401389]

**TO THE DEBTOR/DEBTOR'S ATTORNEY:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314**

**UNDELIVERABLE ADDRESS:** Chevy Chase Bank, PO Box 15260, Chevy Chase, MD 20825-5260
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:** c/o Capital One
11575 Old Georgetown Road
Rockville, MD 20852

1

_____    _____4/3/2013_____

Signature of Debtor or Debtor's Attorney                    Date


The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.